D&F

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------x

PATRICIA TURNER,

                Plaintiff,

            v.

CARDWORKS, INC.,CARDWORKS

SERVICING, LLC and CARSON SMITHFIELD, LLC,

              Defendant.

------------------------------------------------------x

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 10 2015   ☆

LONG ISLAND OFFICE

Case No. 15-CV-02911

**<u>NOTICE OF VOLUNTARY</u>**

**<u>DISMISSAL PURSUANT TO</u>**

**<u>F.R.C.P. 41 (a)(1)(A)(i)</u>**

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

Patricia Turner  and her counsel hereby gives notice that she voluntarily

dismisses her claim against the defendants without prejudice.

Dated:  August 6, 2015

Edward B. Geller, Esq., P.C. by

_____

Edward B. Geller, Esq.

Attorney for Plaintiff

SO ORDERED

C/S/Leonard D. Wexler

USDJ.

CENTRAL ISLIP, NY

8/10/15